# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF: )
)
)
KENNETH LEE LAWRENCE-BEY, ) Civil Action No. 09-23 Erie
)
)
Plaintiff, )
)

## MEMORANDUM ORDER

This action was initiated on February 4, 2009.

The Magistrate Judge's Report and Recommendation [Doc. No. 3], filed on March 9, 2009, recommended that the matter be dismissed for failure to prosecute. Plaintiff was allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail. No objections were filed. After de novo review of the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 27th day of March, 2009;

IT IS HEREBY ORDERED that the Plaintiff's case is DISMISSED for failure to prosecute.

The Report and Recommendation [Doc. No. 3] of Magistrate Judge Baxter, filed on March 9, 2009, is adopted as the opinion of the Court.

                                s/ Sean J. McLaughlin
                                      United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge